NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES
v. NICHOLAS ANDRIAN.

IN THE MATTER OF R.P.

March 11, 1986.

Petition for certification denied.

BEATRICE ZEUNERT, ET AL. v. RICHARD M. LATKIN, M.D.

March 11, 1986.

Petition for certification denied.

MARIO M. GALLO, ET AL. v. LLOYD CAPITAL
CORPORATION, ET AL.

March 11, 1986.

Petition for certification denied.